IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS O'SHEA,<br><br>    Plaintiff,<br><br>v.<br><br>SMART & FINAL STORES, INC., DAVID G. HIRZ, DAVID B. KAPLAN, NORMAN H. AXELROD, ANDREW A. GIANCAMILLI, DENNIS T. GIES, PAUL N. HOPKINS, ELAINE K. RUBIN, JOSEPH S. TESORIERO, AND KENNETH I. TUCHMAN,<br><br>    Defendants. | C.A. No.: 19-cv-1003-CFC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Thomas O'Shea hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: August 22, 2019                                   Respectfully submitted,

*Of Counsel*                                                        FARNAN LLP

Zachary Halper                                              /s/ Brian E. Farnan
Daniel Sadeh                                                 Brian E. Farnan (Bar No. 4089)
HALPER SADEH LLP                                    Michael J. Farnan (Bar No. 5165)
375 Park Avenue, Suite 2607                        919 N. Market Street, 12th Floor
New York, NY 10152                                    Wilmington DE 19801
Telephone: (212) 763-0060                            Telephone: (302) 777-0300
Facsimile: (646) 776-2600                             Facsimile: (302) 777-0301
Email: zhalper@halpersadeh.com                 Email: bfarnan@farnanlaw.com
Email: sadeh@halpersadeh.com                    Email: mfarnan@farnanlaw.com

                                                                       *Counsel for Plaintiff*